# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| PATRICK ERNSTER, RAMSEY HOFIUS and TREVAR BLACK, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>MANITOU EQUIPMENT AMERICA, LLC and MANITOU NORTH AMERICA, LLC,<br><br>Defendants. | Case No.: 3:24-cv-00462-wmc<br><br>Hon. William M. Conley |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Patrick Ernster, Ramsey Hofius, and Trevar Black ("Plaintiffs"), together with Defendants, Manitou Equipment America, LLC and Manitou North America, LLC ("Defendants") (collectively the "Parties"), by and through their respective attorneys, hereby notify the Court that they have reached a class-wide settlement, which will require the Court's approval. The Parties anticipate filing a Motion for Preliminary Approval of the Class Settlement within 45 days and respectfully request that the Court continue the stay currently in place (Dkt. No. 36), which is set to expire on July 1, 2025, until the anticipated motion is filed.

Dated: June 6, 2025

*/s/ Cassandra P. Miller*
Cassandra P. Miller (*Pro Hac Vice*)
Samuel J. Strauss (SBN 1113942)
Stephen J. Pigozzi (*Pro Hac Vice*)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100

Dated: June 6, 2025

*/s/ Joel C. Griswold*
Joel C. Griswold
Bonnie Keane DelGobbo
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 3700
Chicago, Illinois 60606
(312) 416-8185 (phone)
(312) 416-6201 (fax)
jcgriswold@bakerlaw.com

1

Facsimile: (872) 263-1109
cmiller@straussborrelli.com
sam@straussborrelli.com
spigozzi@straussborrelli.com

Jarrett Lee Ellzey
**ELLZEY & ASSOCIATES, PLLC**
1105 Milford Street
Houston, TX 77006
Telephone: (713) 554-2377
Facsimile: (888) 276-3455
Jarrett@ellzeylaw.Com

*Attorneys for Plaintiff and Proposed Class*

bdelgobbo@bakerlaw.com

*Attorneys for Defendant*

2

## **CERTIFICATE OF SERVICE**

      I, Cassandra P. Miller, hereby certify that on June 6, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 6th day of June, 2025.

                                      STRAUSS BORRELLI PLLC

                                      By:  */s/ Cassandra P. Miller*
                                               Cassandra P. Miller
                                               STRAUSS BORRELLI PLLC
                                               One Magnificent Mile
                                             980 N Michigan Avenue, Suite 1610
                                             Chicago IL, 60611
                                             Telephone: (872) 263-1100
                                             Facsimile: (872) 263-1109
                                             cmiller@straussborrelli.com