# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| PATRICK ERNSTER, RAMSEY HOFIUS and TREVAR BLACK, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>MANITOU EQUIPMENT AMERICA, LLC and MANITOU NORTH AMERICA, LLC,<br><br>Defendants. | Case No.: 3:24-CV-462-WMC<br>Honorable William M. Conley |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Patrick Ernster, Ramsey Hofius and Trevar Black, individually (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated, respectfully move the Court to:

a. Appoint Plaintiffs Patrick Ernster, Ramsey Hofius and Trevar Black as Class Representatives of the Settlement Class;

b. Appoint Settlement Class Counsel Cassandra P. Miller of Stauss Borrelli PLLC and Leigh Montgomery of EKSM LLP;

c. Certify the Settlement Class under Federal Rule 23 for settlement purposes only;

d. Preliminarily approve this Settlement Agreement for purposes of disseminating Notice to the Settlement Class;

e. Approve the form and contents of the Notice and the method of its dissemination to members of the Settlement Class; and

1

f. Schedule a Final Approval Hearing to review comments and/or objections regarding this Settlement Agreement, to consider its fairness, reasonableness and adequacy, to consider the application for a Fees and Expenses Award and Service Awards to the Class Representatives, and to consider whether the Court shall issue a Final Judgment approving this Settlement Agreement.

This motion is based on: (1) the accompanying Memorandum in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement; (2) the Joint Declaration of Plaintiffs' Counsel and all exhibits thereto, including the Settlement Agreement (Exhibit 1 to the Declaration) and its exhibits; and (3) the Proposed Preliminary Approval Order submitted herewith (included as Exhibit C to the Settlement Agreement).

Dated: August 14, 2025

Respectfully submitted,

By: */s/ Cassandra P. Miller*
Cassandra P. Miller (*Pro Hac Vice*)
Samuel J. Strauss (SBN: 1113942)
Stephen J. Pigozzi (*Pro Hac Vice*)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com
sam@straussborrelli.com
spigozzi@straussborrelli.com

Leigh S. Montgomery (*Pro Hac Vice* forthcoming)
lmontgomery@eksm.com
**EKSM, LLP**
4200 Montrose Blvd., Suite 200
Houston, Texas 77006
Phone: (888) 350-3931
Fax: (888) 276-3455

Jarrett Lee Ellzey

2

**ELLZEY & ASSOCIATES, PLLC**
1105 Milford Street
Houston, TX 77006
Telephone: (713) 554-2377
Facsimile: (888) 276-3455
jarrett@ellzeylaw.com

*Counsel for Plaintiffs and the Proposed Class*

# CERTIFICATE OF SERVICE

I, Cassandra P. Miller, hereby certify that on August 14, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 14th day of August, 2025.

        STRAUSS BORRELLI PLLC

        By: */s/ Cassandra P. Miller*
            Cassandra P. Miller
            One Magnificent Mile
            980 N. Michigan Ave., Suite 1610
            Chicago, IL 60611
            Telephone: (872) 263-1100
            Facsimile: (872) 263-1109
            cmiller@straussborrelli.com