**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| **PATRICK ERNSTER, RAMSEY HOFIUS** and **TREVAR BLACK**, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>**MANITOU EQUIPMENT AMERICA, LLC** and **MANITOU NORTH AMERICA, LLC,**<br><br>Defendants. | Case No. 3:24-cv-00462-wmc<br><br>Hon. William M. Conley |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Patrick Ernster, Ramsey Hofius and Trevar Black, individually (collectively, "Plaintiffs"), and on behalf of all others similarly situated, hereby submit this Unopposed Motion for Final Approval of Class Action Settlement. In support of this Motion, Plaintiffs rely on the attached Brief in Support, the supporting Exhibits, and oral argument during the Final Approval Hearing that is set for March 5, 2026.

Dated: February 19, 2026

Respectfully submitted,

By: */s/ Cassandra P. Miller*
Cassandra P. Miller (*pro hac vice*)
Stephen J. Pigozzi (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109

cmiller@straussborrelli.com
spigozzi@straussborrelli.com

Leigh S. Montgomery (*pro hac vice* forthcoming)
**EKSM, LLP**
4200 Montrose Blvd., Suite 200
Houston, Texas 77006
Telephone: (888) 350-3931
Facsimile: (888) 276-3455
lmontgomery@eksm.com

*Attorneys for Plaintiffs and the Proposed Class*

# CERTIFICATE OF SERVICE

I, Cassandra P. Miller, hereby certify that on February 19, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 19th day of February, 2026.

STRAUSS BORRELLI PLLC

By: */s/ Cassandra P. Miller*

Cassandra P. Miller
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com